# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kindred Studio Illustration and Design LLC d/b/a True Grit<br><br>Plaintiff,<br><br>v.<br><br>Electronic Communications Technologies, LLC<br>Defendant | CASE NO.: 2:18-cv-07661-GJS<br><br>[~~PROPOSED~~] ORDER |

Having read the Parties' Joint Stipulation and the representations therein, it is hereby ORDERED:

1. The First Amended Complaint is hereby DISMISSED WITH PREJUDICE;

2. Each side will bear its own costs and fees associated with the First Amended Complaint alone;

3. Plaintiff may file the confidential settlement agreement under seal.

4. The fees associated with the First Amended Complaint alone, acknowledged by both parties, are exempted from this Stipulation and is now ripe for adjudication.

5. The Court shall retain jurisdiction over the enforcement of said settlement agreement.

IT IS SO ORDERED.

Date: February 5, 2019

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE