LAMKIN IP DEFENSE
Rachael D. Lamkin (246066)
655 Montgomery St., 7th Floor
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com

*Attorneys for DJ Plaintiff True Grit*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kindred Studio Illustration and Design, LLC (aka True Grit) | Case No. 2:18-cv-07661-GJS |
| Plaintiff, | **DECLARATION AND SETTLEMENT AGREEMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED FEBRUARY 5, 2019 (DKT. NO. 53)** |
| v. | |
| Electronic Communication Technology, LLC | |
| Defendant. | |

**DECLARATION AND SETTLEMENT AGREEMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED FEBRUARY 5, 2019 (DKT. NO. 53)**

Plaintiff Kindred Studio Illustration and Design, LLC (d/b/a True Grit Texture Supply, hereafter "True Grit") respectfully files this declaration in support of its filing of the Parties settlement agreement under seal.

///

I, Rachael Lamkin, declare as follows:

1. I am lead counsel of record for Plaintiff True Grit;

2. I am an attorney licensed to practice law in all state and federal courts in California, the Eastern District of Texas, Colorado federal court, the Court of International Trade, the Federal Circuit Court of Appeals, and this Honorable Court;

3. Attached as Exhibit A is a true and correct copy of the Parties' signed settlement agreement ("Agreement"). The Agreement is limited to resolution of True Grit's Section 17200 Unfair and Unlawful Competition Claims in its First Amended Complaint ("UCL Claims," Dkt. No. 33);

4. The Parties have requested that this Honorable Court oversee the Parties' continued compliance with said Agreement (Dkt. No. 52, at 3:5-7);

5. The Parties have stipulated that the Agreement may inform True Grit's Section 285 motion for attorney's fees (Dkt Nos. 52, at 3:10-11, 37, respectively);

6. As to the relevance of the Agreement to True Grit's motion for fees, True Grit respectfully asks this Court to review the following sections in particular:

    i. Definitions Section III(1), III(4)
    ii. Section 3—Payment
    iii. Section 4—Voluntary Injunction
    iv. Section 5—Verification

7. True Grit offers these sections, not to demonstrate the merits of its UCL claims, *i.e.*, not under Rule 408(a), but instead to allow this Court to weigh ECT's concessions in light of the factors considered in the Section 285 calculus informing True Grit's motion for fees as to its Patent Law Claims. *See* Fed.R.Civ.P 408(b); *see also Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 134 S. Ct. 1749 (2014); *Rothschild Connected Devices Innovations, LLC v. Guardian Prot. Servs.*, 858 F.3d 1383, 1387-91 (Fed. Cir. 2017).

8. If this Court desires briefing on the relevance of the Agreement to True Grit's motion for fees, True Grit will provide upon notice; and

9. The Parties further agree that Dkt. No. 48 may bear upon True Grit's motion for fees. The undersigned thanks opposing counsel, Mr. Vidal-Font, for the integrity inherent in his notice and immediate filing of those orders.

Signed on this date, February 7, 2019, in San Francisco, California.

*Rachael D. Lamkin*
Rachael D. Lamkin

*Attorneys for DJ Plaintiff*
*True Grit*

## CERTIFICATE OF SERVICE

On this date, February 7, 2019, the following documents were served upon Defendant's counsel of record through the Court's ECF system. Out of an abundance of caution, I also served counsel by electronic mail

**DECLARATION AND SETTLEMENT AGREEMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED FEBRUARY 5, 2019 (DKT. NO. 53)**

*Rachael D. Lamkin*
Rachael D. Lamkin
LAMKIN IP DEFENSE
655 Montgomery St., 7th Floor
San Francisco, CA 94111