## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-7661-GJS | Date | April 18, 2019 |
| Title | Kindred Studio Illustration and Design v. Electronic Communication Technology | | |

Present: The Honorable    GAIL J. STANDISH, U.S. MAGISTRATE JUDGE

| E. Carson | XTR |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Rachel D.Lamkim | Jean G. Vidal Font |

Attorney for Third Party Movant Minted LLC

Ricardo Bonilla

**Proceedings:**      Telephonic Hearing re Movant Minted LLC's Motion to Intervene [56] ("Movant's Motion"); Order

The case is called, and appearances are stated for the record.

The Court hears argument regarding Movant's Motion and finds that it has the limited jurisdiction necessary to address Movant's request. Based on the papers filed, the argument of the parties, and the Court's review of the Declaration and Settlement Agreement at issue [Dkt. 54], the Court orders the Settlement Agreement unsealed.

First, Defendant has not met the burden of demonstrating any information contained in the Settlement Agreement meets the Ninth Circuit standard for under seal filing. There is no highly sensitive information that would harm either party's ability to compete in the marketplace contained therein, or personal or trade secret information worth protection from public view.

Second, and perhaps more critically, the terms of the Settlement Agreement indicate that

| | : | 22 |
|---|---|---|
| Initials of Preparer | | efc |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 18-7661-GJS | Date | April 18, 2019 |
|---|---|---|---|
| Title | Kindred Studio Illustration and Design v. Electronic Communication Technology | | |

"California Entities," a defined term that includes California resident entities that are not parties to the action, are third party beneficiaries of the Settlement Agreement.  The Settlement Agreement disposes of certain claims made by Plaintiff pursuant to California's Unfair Competition Law ("UCL"), and purports to protect such entities from future lawsuits.  Such specified third-party beneficiaries of a settlement of what amounts to private attorney general UCL claims will not know of the terms of the agreement, nor will they have any way to enforce those terms, if the Settlement Agreement remains under seal.

For these reasons, as set forth in more detail on the record, the Court orders that the Declaration and Settlement Agreement, [Dkt. 54], be unsealed.

_____ : ___22___

Initials of Preparer    efc